## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| vs. | ) Case Nos.  1:10-CV-8000-VEH-TMP |
| | )                      1:08-CR-197-VEH-TMP |
| **ERNEST LAVELL WYNN,** | ) |
| | ) |
| **Defendant/Movant.** | ) |

## O R D E R

On February 4, 2011, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that this motion to vacate or set aside conviction and sentence filed pursuant to 28 U.S.C. § 2255 be denied. No objections have been filed.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the report is due to be and hereby is **ADOPTED**, and the recommendation is **ACCEPTED**. Consequently, the motion to vacate or set aside conviction and sentence filed pursuant to 28 U.S.C. § 2255 in the above-styled cause is due to be and the same is hereby **DENIED**.

**DONE** and **ORDERED** this the 3rd day of March, 2011.

_____
**VIRGINIA EMERSON HOPKINS**
United States District Judge